1 NICHOLAS A. TRUTANICH
United States Attorney
2 Nevada Bar Number 13644
KIMBERLY M. FRAYN
3 Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
4 Las Vegas, Nevada 89101
Tel: 702.388.6336/ Fax: 702.388.6418
5 Kimberly.Frayn@usdoj.gov
*Attorneys for the United States*

```
_____ FILED          _____ RECEIVED
_____ ENTERED        _____ SERVED ON
            COUNSEL/PARTIES OF RECORD

         JUL 17 2019

      CLERK US DISTRICT COURT
        DISTRICT OF NEVADA
BY:_____ DEPUTY
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE ARMANDO MACIAS-COTA,<br>A.k.a. Armando Arturo Mendoza-Lopez;<br>A.k.a. Jesus Zamora-Mendive;<br>A.k.a. Jesus Gonzalez-Portillo;<br>A.k.a. Martin Perez-Duarte;<br>A.k.a. Francisco Carrillo-Cordova;<br>A.k.a. Manuel Luiz-Perez;<br>A.k.a. Julio Ruiz-Alvarez;<br>A.k.a. Juan Manuel Gonzalez-Perez;<br>A.k.a. Manuel Ruiz-Perez;<br>A.k.a. Juan Gonzalez-Gomez;<br>A.k.a. Juan Ruiz-Alvarez;<br>A.k.a. Jose Armando Gonzalez-Portillo,<br><br>Defendant. | CRIMINAL INDICTMENT<br><br>Case No. 2:19-cr- 177<br><br>**VIOLATION**<br>Deported Alien Found in<br>United States (8 U.S.C. § 1326(a) and (b)) |

THE GRAND JURY CHARGES THAT:

<u>COUNT ONE</u>
*Deported Alien Found in United States*
**(8 U.S.C. § 1326(a) and (b))**

On or about June 17, 2019, in the State and Federal District of Nevada,

**JOSE ARMANDO MACIAS-COTA,**

A.k.a. Armando Arturo Mendoza-Lopez;
A.k.a. Jesus Zamora-Mendive;
A.k.a. Jesus Gonzalez-Portillo;
A.k.a. Martin Perez-Duarte;
A.k.a. Francisco Carrillo-Cordova;
A.k.a. Manuel Luiz-Perez;
A.k.a. Julio Ruiz-Alvarez;
A.k.a. Juan Manuel Gonzalez-Perez;
A.k.a. Manuel Ruiz-Perez;
A.k.a. Juan Gonzalez-Gomez;
A.k.a. Juan Ruiz-Alvarez;
A.k.a. Jose Armando Gonzalez-Portillo,

defendant herein, an alien, was found in the United States after having been deported and removed therefrom on or about December 18, 1996; May 27, 1998; June 10, 1998; January 2, 2008; April 16, 2008; June 20, 2015; August 6, 2015; November 14, 2015; and December 23, 2017, having reentered and remained in the United States without the express consent of the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission to the United States, in violation of 8 U.S.C. § 1326(a) and (b).

DATED this 17th day of July, 2019.

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

NICHOLAS A. TRUTANICH
United States Attorney

KIMBERLY M. FRAYN
Assistant United States Attorney